```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MICHAEL A. WHEABLE
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>        Plaintiff,             )<br>                               )<br>                               )<br>    v.                         )<br>                               )<br>JARED WILSON,                  )<br>                               )<br>        Defendant.             )<br>_____) | 2:10-cr-00219 KJN<br><br>GOVERNMENT'S MOTION TO DISMISS<br>WITHOUT PREJUDICE AND<br>ORDER<br><br><br>DATE:  August 9, 2010<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice 2:10-cr-00219 KJN.

Dated: July 9, 2010                              BENJAMIN B. WAGNER
                                                 United States Attorney


                                         By: /s/ Matthew Stegman
                                             MATTHEW C. STEGMAN
                                             Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED, this case is dismissed without prejudice. Accordingly, all hearing dates are VACATED.

DATED: July 9, 2010

                                             /s/ Kendall J. Newman
                                             Hon. Kendall J. Newman
                                             United States Magistrate Judge